# ATTORNEYS' FEE RATE AWARDS:  EMPLOYMENT CASES IN THE NORTHERN DISTRICT OF TEXAS

| RATE PER HOUR | JD YEAR | ATTORNEY NAME | DATE AWARDED | CASE |
|---|---|---|---|---|
| $685 | 1972 | Hal Gillespie | 03/02/12 | *Rush Truck Centers of Texas, L.P. v. Fitzgerald*, No. DC-09-15958-D (95th District Court for Dallas County, Texas) |
|  |  |  | 12/27/13 | *Miller v. Raytheon Co.*, No. 3:09-cv-440-O [Doc. 226] (N.D. Tex.) |
| $650 | 1986 | Brian Sanford | 12/28/15 | *Kostić v. Texas A&M Univ. – Commerce*, No. 3:10-cv-02265-M [Doc. 281] (N.D. Tex.) |
| $600 | 1995 | Matthew R. Scott | 01/16/14 | *Green v. Dallas County Schools*, No. DC-12-09857 (162nd District Court for Dallas County, Texas) |
| $450 | 2002 | Joe Gillespie | 08/24/12 | *Black v. Settlepou, P.C.*, No. 3:10-CV-1418-K [Doc. 133] (N.D. Tex.) |

**EXHIBIT 1**