Case 3:13-cv-04031-KS   Document 116-5   Filed 02/20/17   Page 1 of 2   PageID 1182



**EXHIBIT 4**



## MS. GWENDOLYN JOHNSON 'GWEN' SAMORA

Eligible to Practice in Texas

*Bar Card Number:* 00784899

*TX License Date:* 11/06/1992

*Primary Practice Location:* Houston , Texas

4210 Oberlin Street
Houston, TX 77005

**CONTACT INFORMATION**

Tel: 832-646-3537

*Practice Areas:* Appellate: Civil

*Statutory Profile Last Certified On:* 05/02/2016

### PRACTICE INFORMATION

*Firm:* None Reported By Attorney

*Firm Size:* Solo

*Occupation:* Private Law Practice

*Practice Areas: Appellate: Civil*

*Services Provided:*
Hearing impaired translation: Yes
ADA-accessible client service: Yes
Language translation: Yes

*Foreign Language Assistance:*
None Reported By Attorney



*Civil Appellate Law*

### COURTS OF ADMITTANCE

*Federal:*
US Supreme Court
Fifth Circuit Court of Appeals
Eighth Circuit Court of Appeals
Tenth Circuit Court of Appeals
Federal Circuit Court of Appeals
Texas Southern District/Bankruptcy Court

*Other Courts:*
None Reported By Attorney

*Other States Licensed:*
None Reported By Attorney

### LAW SCHOOL

*School*
*Degree earned*

University Of Houston
Doctor of Jurisprudence/Juris Doctor (J.D.)

*Graduation Date*    05/1992

**EXHIBIT 4**

## PUBLIC DISCIPLINARY HISTORY

### State of Texas*
No Public Disciplinary History

### Other States
None Reported By Attorney

**Note*** Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgment, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied. Make checks payable to: State Bar of Texas; PO Box 12487; Austin TX 78711 or by Credit Card.

**Note****
The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.