Case 3:13-cv-04031-KS   Document 116-6   Filed 02/20/17    Page 1 of 2   PageID 1184



EXHIBIT 5



## MR. CHRISTOPHER V. BACON

Eligible to Practice in Texas

### VINSON & ELKINS LLP

*Bar Card Number:* 01493980

*TX License Date:* 11/02/1990

*Primary Practice Location:* Houston , Texas

*First City Tower*
*1001 Fannin Street, Suite 2500*
*Houston, TX 77002-6760*

### CONTACT INFORMATION

**Tel:** 713-758-1148

---

*Practice Areas:* Labor-Employment

---

*Statutory Profile Last Certified On:* 02/05/2015

### PRACTICE INFORMATION

*Firm:* Vinson & Elkins LLP

*Firm Size:* Over 200

*Occupation:* Private Law Practice

*Practice Areas:* Labor-Employment

*Services Provided:*
Hearing impaired translation: Not Specified
ADA-accessible client service: Yes
Language translation: Yes

*Foreign Language Assistance:*
Spanish, French, Italian

### LAW SCHOOL

*School*
*Degree earned*

**BOARD CERTIFIED®**

[Labor and Employment Law](#)

### COURTS OF ADMITTANCE

*Federal:*
US Supreme Court
Fifth Circuit Court of Appeals
District of Columbia Circuit Court of Appeals
Texas Eastern District Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western District Court

*Other Courts:*
None Reported By Attorney

Harvard University
Doctor of Jurisprudence/Juris Doctor (J.D.)

*Graduation Date*     06/1990

*Other States Licensed:*
None Reported By Attorney

## PUBLIC DISCIPLINARY HISTORY

### State of Texas*
No Public Disciplinary History

### Other States
None Reported By Attorney

Note* Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgment, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied. Make checks payable to: State Bar of Texas; PO Box 12487; Austin TX 78711 or by Credit Card.

Note**
The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.