McDaniel v. Family Sleep
Fees

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 9/30/2013 | JAJ | Review Delicia McDaniel intake information; T/C with potential client | 1.20 | $525.00 | $630.00 | | $0.00 | $630.00 |
| 10/4/2013 | JAJ | Draft and file Complaint and Motion to Appear without Local Counsel | 1.60 | $525.00 | $840.00 | | $0.00 | $840.00 |
| 10/7/2013 | JAJ | Review Cert. of Interested Persons prior to filing (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 10/8/2013 | JAJ | RARO Order from court (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 10/10/2013 | JAJ | RARO returned summons (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 10/15/2013 | JAJ | Email from O/C (.3); Conversation with RB (.3); Research re: o/c (.3); Email to RB (.1); Email to O/C (.3); Email from O/C (.2); Email to RB (.1); T/c from RB (.1); Email from RB (.2) | 1.90 | $525.00 | $997.50 | (0.80) | ($420.00) | $577.50 |
| 11/4/2013 | JAJ | RARO order for scheduling order proposal (.2); Legal research, read two opinions by Rodriguez on day/ rate plus other compensation destroying day/shift rate basis (.5); Conversation with RB re: same (.2); Email to RB re: same (.1); Email from RB re: same (.1); Email to RB re: same (.1) | 1.20 | $525.00 | $630.00 | (0.50) | ($262.50) | $367.50 |
| 11/5/2013 | JAJ | Legal research re: admission of similarly situated (1.7); Email to RB re: same (1); Email to RB (.2); Email to RB (.2); Email from RB (.2); Research PACER for Solis certification opinions (1.2); Email to RB re: same (.3); Email from RB re: same (.2); Legal research re: judicial admissions (1.3); Email to RB re: same (.2) | 5.10 | $525.00 | $2,677.50 | (1.60) | ($840.00) | $1,837.50 |
| 11/10/2013 | JAJ | Work on Motion for Conditional Certification (2.4); Email from RB re: his edits (.1) | 2.50 | $525.00 | $1,312.50 | | $0.00 | $1,312.50 |
| 11/11/2013 | JAJ | Review and revise Notice Motion (.5); Telephone call with opposing counsel (.2); File Notice Motion (.2) | 0.90 | $525.00 | $472.50 | (0.20) | ($105.00) | $367.50 |
| 11/15/2013 | JAJ | Telephone call with o/c (.3); Prepare and file unopposed motion to extend time and proposed order (.8); RARO Response to Notice Motion (1.1); Conversation with RB re: same (.2) | 2.30 | $525.00 | $1,207.50 | (0.40) | ($210.00) | $997.50 |
| 11/20/2013 | JAJ | TC with OC re: JPSDO (.2); RARO form order from OC (.4) | 0.60 | $525.00 | $315.00 | (0.20) | ($105.00) | $210.00 |
| 11/21/2013 | JAJ | Complete order form and send to OC | 0.70 | $525.00 | $367.50 | | $0.00 | $367.50 |

EXHIBIT 6

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 11/22/2013 | JAJ | Travel to and from Southlake, TX for meeting with OC (7.25); Meeting with OC (1.25) | 8.50 | $525.00 | $4,462.50 | (3.70) | ($1,942.50) | $2,520.00 |
| 11/25/2013 | JAJ | Legal research re: Reply re Notice Motion (3.2); Draft Notice Motion Reply (2.1) | 5.30 | $525.00 | $2,782.50 | (2.00) | ($1,050.00) | $1,732.50 |
| 11/26/2013 | JAJ | Research on Reply (1.7); Email to client (.1); TC with client (.5); Conversation with RB (.2); Review and revise damage calculations (1.1); Draft Reply (3.7); Email to RB (.1); Email from RB (.1); Revise Reply (.6) | 8.10 | $525.00 | $4,252.50 | (3.00) | ($1,575.00) | $2,677.50 |
| 11/27/2013 | JAJ | Finalize and file Reply (.9); Finalize and file proposed scheduling order (.2) | 1.10 | $525.00 | $577.50 | (0.40) | ($210.00) | $367.50 |
| 12/10/2013 | JAJ | RARO Motion to Strike Reply Exhibits (.5); Legal Research re: same (2.2);Conversation with RB (.2); Prepare Response to Motion to Strike (2.6) | 5.50 | $525.00 | $2,887.50 | | $0.00 | $2,887.50 |
| 12/11/2013 | JAJ | RARO Notice from Court (.1); RARO Order granting extension (.1); Email from RB (.1); Email to RB (.1) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 12/12/2013 | JAJ | Finalize and file Response to Motion to Strike (2.1) | 2.10 | $525.00 | $1,102.50 | (1.00) | ($525.00) | $577.50 |
| 1/28/2014 | JAJ | Review file (.6); Work on discovery requests to Family Sleep (1.3) | 1.90 | $525.00 | $997.50 | (0.60) | ($315.00) | $682.50 |
| 1/29/2014 | JAJ | RARO Family Sleep's Discovery Requests (.6) | 0.60 | $525.00 | $315.00 | | $0.00 | $315.00 |
| 2/11/2014 | JAJ | RARO Order granting notice (.3); conversation w RB (.3); Email to OC (.1) | 0.70 | $525.00 | $367.50 | | $0.00 | $367.50 |
| 2/12/2014 | JAJ | RARO of court scheduling order (.1) ; conversation with RB (.1);TCW court clerk (.2); RARO of revised court order (.1);conversation with RB (.2) | 0.70 | $525.00 | $367.50 | | $0.00 | $367.50 |
| 2/27/2014 | JAJ | Prepare and serve responses to D's Discovery Requests (1.2) | 1.20 | $525.00 | $630.00 | | $0.00 | $630.00 |
| 3/3/2014 | JAJ | RARO hard copy list of class members (.4); Email to OC (.2); Conversation with RB (.2) | 0.80 | $525.00 | $420.00 | | $0.00 | $420.00 |
| 3/24/2014 | JAJ | Email from office (.1); TC with OC (.5) | 0.60 | $525.00 | $315.00 | (0.20) | ($105.00) | $210.00 |
| 3/27/2014 | JAJ | Review employee list (.2); RARO excel notice list (.3) | 0.50 | $525.00 | $262.50 | (0.20) | ($105.00) | $157.50 |
| 5/12/2014 | JAJ | Email from client re: 2/25 Tech Meeting (.3); Conversation with RB (.2) | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 5/14/2014 | JAJ | Email from RB; RARO Notice of Consent | 0.20 | $525.00 | $105.00 | (0.10) | ($52.50) | $52.50 |
| 5/15/2014 | JAJ | RARO Consent to Join | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 5/28/2014 | JAJ | TC with client re: 2/25 tech meeting and activities afterward (.8); TC with RJB re: same (.2); Legal research re: same (.7); Draft Notice of Deposition for Eric Stengle (1.0) | 2.70 | $525.00 | $1,417.50 | | $0.00 | $1,417.50 |
| 5/29/2014 | JAJ | TC with class member re: 2/25 tech meeting (5); Email from client re: same (.2); TC with marshall's office in dallas re: serving Stengle (.2); email from marshall's office re: same (.1); email to marshall's office re same (.1); email from marshall's office re same(.1); confidnetial email from client (.1); TC with class member re: 2/25 meeting (.6) | 1.90 | $525.00 | $997.50 | | $0.00 | $997.50 |
| 5/31/2014 | JAJ | Email from client re: payroll (.1); Email to client re: same (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 6/3/2014 | JAJ | TC from potential witness | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 6/16/2014 | JAJ | Email from client; Email from client; Email from client | 0.30 | $525.00 | $157.50 | (0.30) | ($157.50) | $0.00 |
| 6/17/2014 | JAJ | Email from client | 0.10 | $525.00 | $52.50 | (0.10) | ($52.50) | $0.00 |
| 6/18/2014 | JAJ | Email from client (.1); Work on Emergency Motion to Shorten Time for Production of Documents (2.5) | 2.60 | $525.00 | $1,365.00 | (1.00) | ($525.00) | $840.00 |
| 6/20/2014 | JAJ | Finalize motion (1.6); prepare exhibit and proposed order (.8); TC with oc (.3); email to oc (.1); prepare and file corrected motion (.5) ; email from client (.1); email from client (.2) | 3.60 | $525.00 | $1,890.00 | (1.40) | ($735.00) | $1,155.00 |
| 6/24/2014 | JAJ | Email from client; Email to client | 0.20 | $525.00 | $105.00 | (0.20) | ($105.00) | $0.00 |
| 6/25/2014 | JAJ | RARO order referring motions to Magistrate (.1); RARO order finding MOOT Motion to Expedite Production of Documents (.1); RARO Order from Magistrate requiring face-to-face meeting (.2); RARO response to emergency motion (1.0); RARO email and documents from client (.4) | 1.80 | $525.00 | $945.00 | (0.30) | ($157.50) | $787.50 |
| 6/26/2014 | JAJ | Multiple emails to and from OC | 1.10 | $525.00 | $577.50 | (0.60) | ($315.00) | $262.50 |
| 6/29/2014 | JAJ | Travel to Dallas (4.5); Email to OC; Email from OC; Meeting with OC | 5.20 | $525.00 | $2,730.00 | (2.30) | ($1,207.50) | $1,522.50 |
| 6/30/2014 | JAJ | Return from Dallas to Houston | 4.50 | $525.00 | $2,362.50 | (2.30) | ($1,207.50) | $1,155.00 |
| 7/1/2014 | JAJ | RARO agreed order draft; put in proper format and file;Prepare order and email to judge | 0.80 | $525.00 | $420.00 | (0.20) | ($105.00) | $315.00 |
| 7/2/2014 | JAJ | RARO Signed Agreed Order from Court | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 7/10/2014 | JAJ | Confidential Email from client | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 7/11/2014 | JAJ | Email from OC; RARO documents; Email discovery to clients | 0.60 | $525.00 | $315.00 | | $0.00 | $315.00 |
| 7/14/2014 | JAJ | TC with delicia mcdaniel re: discovery | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 7/17/2014 | JAJ | tc with clients; emails to clients; emails from clients, all regarding discovery | 1.20 | $525.00 | $630.00 | | $0.00 | $630.00 |
| 7/18/2014 | JAJ | Email to clients; email from client with documents; tcs with clients; work on responses to discovery requests | 2.90 | $525.00 | $1,522.50 | | $0.00 | $1,522.50 |
| 7/21/2014 | JAJ | Review document from client (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 7/22/2014 | JAJ | Finalize discovery responses (1.0); Email responses to Standerfer (.2) | 1.20 | $525.00 | $630.00 | (0.20) | ($105.00) | $525.00 |
| 7/23/2014 | JAJ | Email from client re: Mtn for Sanctions (.2) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 7/24/2014 | JAJ | Email from OC (.1); Review documents produced by OC (.3) TC with OC re: same (.2) | 0.60 | $525.00 | $315.00 | | $0.00 | $315.00 |
| 7/25/2014 | JAJ | TC with OC (.2) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 7/28/2014 | JAJ | Email from client re: Mtn for Sanctions (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 8/4/2014 | JAJ | Arrange for court reporter (.3); Prepare and send new notice (.2); Email to OC re: same (.1) | 0.60 | $525.00 | $315.00 | | $0.00 | $315.00 |
| 8/7/2014 | JAJ | Prepare for Stengle Depo | 1.50 | $525.00 | $787.50 | | $0.00 | $787.50 |
| 8/8/2014 | JAJ | Travel to Dallas (4.5); take depo (2.0) | 6.50 | $525.00 | $3,412.50 | (2.30) | ($1,207.50) | $2,205.00 |
| 8/10/2014 | | Travel from Houston to Dallas | 4.00 | $525.00 | $2,100.00 | (2.00) | ($1,050.00) | $1,050.00 |
| 8/12/2014 | JAJ | Email to OC re: payroll records for opt-ins (.1); Review file and update case litigation plan (.3) | 0.40 | $525.00 | $210.00 | (0.30) | ($157.50) | $52.50 |
| 8/29/2014 | JAJ | Work on motion for sanctions (1.2) | 1.20 | $525.00 | $630.00 | | $0.00 | $630.00 |
| 9/15/2014 | JAJ | RARO voicemail message from client (.1); TC with client re: Mtn for Sanctions (.2); Email from client re: declaration (.1);  Prepare Status Report (.3); Message from OC re: same (.1); Revise status report and email to OC (.2); Email to OC re: status report(.1); Email from OC re: same (.1); Revise Status Report and file (.3); Email from Greg Standifer re: depo transcript (.1); Email from Standifer re: depos (.2) | 1.80 | $525.00 | $945.00 | | $0.00 | $945.00 |
| 9/26/2014 | JAJ | Multiple communications with Anita Wilson and Coretta McKnight re: their declarations (1.8); RARO Wilson executed declaration (.2) | 2.00 | $525.00 | $1,050.00 | | $0.00 | $1,050.00 |
| 9/29/2014 | JAJ | RARO McKnight's signed dec; Email to McKnight; Email from McKnight | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 9/30/2014 | JAJ | Finalize and file Motion for Sanctions; Prepare and file Appendix | 3.80 | $525.00 | $1,995.00 | | $0.00 | $1,995.00 |
| 10/2/2014 | JAJ | RARO order from court referring motion to magistrate | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 10/3/2014 | JAJ | TC with OC re: depos (.3); Emails to clients re: depos (.8); Email from Wilson re: depos (.1); Email to Wilson re: same (.1); Email from Wilson re: same (.1) | 1.70 | $525.00 | $892.50 | | $0.00 | $892.50 |
| 10/5/2014 | JAJ | Email from Delicia | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 10/6/2014 | JAJ | Work on scheduling depos | 1.30 | $525.00 | $682.50 | | $0.00 | $682.50 |
| 10/7/2014 | JAJ | TC with OC re: depos (.2); Emails to and from clients re: depos (.5); TC with Wilson re: depos (.2); TC with Coretta re: depos (.2); Email to OC re: depos (.1); email from OC re: depos and response to Motion (.1); Email to OC re: Response to motion (.1); email from OC re: same (.1); email from OC re: same (.1); email to OC re: same (.1); Email from OC re: same (.1); Email to OC re: same (.1) | 2.00 | $525.00 | $1,050.00 | | $0.00 | $1,050.00 |
| 10/8/2014 | JAJ | RARO joint stipulation; edit and email back to OC; email from OC; Email to OC; TC with Rich Salinas; Schedule depos; RARO filed joint stipulation | 1.10 | $525.00 | $577.50 | | $0.00 | $577.50 |
| 10/10/2014 | JAJ | RARO Depo Notices; Email to OC; Email from OC | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 10/15/2014 | | Travel from Houston to Dallas | 4.50 | $525.00 | $2,362.50 | (2.30) | ($1,207.50) | $1,155.00 |
| 10/16/2014 | | Meet with Delicia McDaniel (1.0); Attend Deposition of Delicia McDaniel (2.5); Meet with Ricardo Salinas (1.0); Attend Depo of Ricardo Salinas (1.1) | 5.60 | $525.00 | $2,940.00 | | $0.00 | $2,940.00 |
| 10/17/2014 | | Meet with Anita Wilson (1.0); Attend Deposition of Anita Wilson (1.7); Meet with Coretta McKnight (1.0); Attend deposition of Coretta McKnight (2.50); Travel from Dallas to Houston (4.5) | 10.70 | $525.00 | $5,617.50 | (2.30) | ($1,207.50) | $4,410.00 |
| 10/24/2014 | JAJ | Email from Standifer (.1); Email to Standifer (.1); Email to Joaquinette (.2); Text to Joaquinette (.1); Text from Joaquinette (.1) | 0.60 | $525.00 | $315.00 | | $0.00 | $315.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 10/27/2014 | JAJ | Email from Walkie re: deposition (.1); TC with Walkie re: same (.3); Email from Walkie re: same (.1); Email from Walkie re: same (.1); Email to OC re: same (.1); Email from OC re: same (.1); Email to OC (.1); Email to OC (.1); Email from OC (.1) | 1.10 | $525.00 | $577.50 | | $0.00 | $577.50 |
| 10/31/2014 | JAJ | Multiple emails to and from Walkie; Multiple emails to and from OC | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 11/5/2014 | JAJ | RARO fax from OC | 0.30 | $525.00 | $157.50 | | $0.00 | $157.50 |
| 11/10/2014 | JAJ | Email from OC re: Walkie's depo | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 11/11/2014 | JAJ | TC with OC; RARO proposed agreed motion; edit same; email to OC; email to OC | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 11/12/2014 | JAJ | RARO Order from Court granting D's extension to respond (.1); RARO final agreed motion from OC (.1); email from OC (.1); email from OC (.1); RARO filed motion (.1); RARO Agreed Order from OC to Court (.1) | 0.60 | $525.00 | $315.00 | | $0.00 | $315.00 |
| 11/14/2014 | JAJ | Email from OC | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 11/21/2014 | JAJ | Multiple emails to and from OC | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 11/25/2014 | JAJ | RARO Order from Court requiring meeting and Joint Submission | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 11/26/2014 | JAJ | Email from oc; email to oc; Emails from RJB; Email from oc; Email to OC | 0.50 | $525.00 | $262.50 | (0.10) | ($52.50) | $210.00 |
| 11/29/2014 | JAJ | Travel to Dallas | 4.50 | $525.00 | $2,362.50 | (2.25) | ($1,181.25) | $1,181.25 |
| 11/30/2014 | JAJ | Meeting in Dallas with oc (2.0); Travel to Houston (4.5) | 6.50 | $525.00 | $3,412.50 | (2.25) | ($1,181.25) | $2,231.25 |
| 12/1/2014 | JAJ | Email from Delicia (.1); Email to Delicia (.1); Email from Delicia (.1); Email from OC re: Appendix (.1); Email from Delicia (.1); Prepare Appendix index and email to oc (.7) | 1.20 | $525.00 | $630.00 | | $0.00 | $630.00 |
| 12/2/2014 | JAJ | Email from OC; Email to OC | 0.30 | $525.00 | $157.50 | | $0.00 | $157.50 |
| 12/3/2014 | JAJ | Work on Joint Submission (2.3); email to oc (.2); Review all depos (2.4); Email format to OC (.1) | 5.00 | $525.00 | $2,625.00 | | $0.00 | $2,625.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 12/4/2014 | JAJ | Work on Joint Submission (1.8); Legal research (2.3); draft new sections (1.5); email to oc with new sections (.1); email to oc with cut and paste sections (.6); Email from OC (.1); Email to OC (.1); Email from OC (.1); Email to OC (.1); Email from OC (.1); Email to OC (.1) | 6.90 | $525.00 | $3,622.50 | | $0.00 | $3,622.50 |
| 12/5/2014 | JAJ | Work on Joint Submission; Finalize and file | 3.10 | $525.00 | $1,627.50 | | $0.00 | $1,627.50 |
| 12/15/2014 | JAJ | RARO Order scheduling oral argument on motion for sanctions | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 12/22/2014 | JAJ | Prepare for hearing | 2.40 | $525.00 | $1,260.00 | | $0.00 | $1,260.00 |
| 12/23/2014 | JAJ | Travel from Houston to Dallas Courthouse (2.0); Prepare for hearing (1.0); Attend hearing on Motion for Sanctions (.8); Conference with O/C following hearing re: possible settlement (.3); Travel to Houston from Dallas (2.0); RARO minute entry from court (.1); Email from RJB (.1) | 6.30 | $525.00 | $3,307.50 | (2.00) | ($1,050.00) | $2,257.50 |
| 12/31/2014 | JAJ | Email from court (.1); Email to OC (.1); TC with OC (.3); Email to OC (.1); TC with OC (.2); Email to OC (.1); Email to court (.1) | 1.00 | $525.00 | $525.00 | | $0.00 | $525.00 |
| 1/8/2015 | JAJ | T/C's and emails with OC re: procedure for settlement discussions; Prepare withdrawal and order; email order to chambers; file withdrawal; RARO Order on withdrawal | 1.10 | $525.00 | $577.50 | | $0.00 | $577.50 |
| 1/9/2015 | JAJ | RARO OT calculation from OC | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 1/11/2015 | JAJ | Email to OC | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 1/12/2015 | JAJ | RARO Excel spreadsheet from OC | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 1/26/2015 | JAJ | Emails to all opt-ins; Email to Standerfer; Email from Standerfer; Email from Delicia; Email to Delicia; Email from Delicia; Email to Deliica; Email from Delicia; Email from Anita; Email from Delicia, all re damage calculations | 1.20 | $525.00 | $630.00 | | $0.00 | $630.00 |
| 1/27/2015 | JAJ | Email to Standerfer; Email from Standerfer | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 2/2/2015 | JAJ | Email from Monica Abraham; TC with Monica; TC from Brenda Rudison; Email to Lavonne; TC with Lavonne, all re: damage calculations | 1.10 | $525.00 | $577.50 | | $0.00 | $577.50 |
| 2/3/2015 | JAJ | TC from Monica Abraham re: damage calculations | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 2/5/2015 | JAJ | Email from Monica re: hours | 0.30 | $525.00 | $157.50 | | $0.00 | $157.50 |
| 2/24/2015 | JAJ | RARO Status Report Order(.1); Email from RJB (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 3/6/2015 | JAJ | RARO draft of Status Report (.2); Finalize and file status report (.2) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 3/16/2015 | JAJ | Email to McKnight re: 4, 5, 6 night counts (.1); Email to Abraham re: same (.1); Email to Salinas re: same (.1); Email to McCauley re: same (.1); | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 3/18/2015 | JAJ | Email from McCauley re: damages calculations (.2) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 3/19/2015 | JAJ | Email from Salinas (.2); Email from McCauley re: 1, 2, and 3 shift weeks (.2); Email to McCauley re: same (.2); Email from McCauley re: full time vs part time (.1); Email to McCauley re: same (.2); Email from McCauley (.2); Email to McCauley (.3); Email from McCauley (.1) | 1.50 | $525.00 | $787.50 | | $0.00 | $787.50 |
| 3/20/2015 | JAJ | RARO documents from McCauley (.4) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 3/22/2015 | JAJ | RARO status report order (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 3/23/2015 | JAJ | RARO email from Abraham (.1); RARO McKnight documents (.4) | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 3/30/2015 | JAJ | Calculate damages for Plaintiffs (3.4); Create summary for OC (.9); Email damage calculations to OC with settlement offer (.3); Email from OC re: time records (.1); Email to OC re: same (.1); Email from OC re: declarations (.1); Email to OC re: same (.1); Email from OC (.1); Email to RJB re: settlement proposal (.1) | 5.20 | $525.00 | $2,730.00 | (0.40) | ($210.00) | $2,520.00 |
| 3/31/2015 | JAJ | Email from OC re: Status Report (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 4/1/2015 | JAJ | Draft Status Report and email to OC for review (.6); RARO OC's edits (.3); Email to OC re: same (.1); Email from OC re: same (.1); Email to OC re: same (.1); Email from OC (.1); Finalize and file status report (.4); RARO filed report (.1); Email from OC re: his issues with our settlement proposal and damage calculations (.5) | 2.40 | $525.00 | $1,260.00 | | $0.00 | $1,260.00 |
| 4/10/2015 | JAJ | Email from Anita Wilson re: status of case (.1); Email to Anita Wilson re: same (.1) | 0.20 | $525.00 | $105.00 | (0.20) | ($105.00) | $0.00 |
| 4/27/2015 | JAJ | Review our damage calculations and documents in order to respond to OC's issues (3.0); Email to OC responding to his issues (.4); Email from OC (.1); Email to OC (.1); Email to Abraham re: documents (.1) | 3.70 | $525.00 | $1,942.50 | | $0.00 | $1,942.50 |
| 4/28/2015 | JAJ | Email from Monica re: documents (.1); RARO documents faxed from Monica (.3) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 4/30/2015 | JAJ | Email from OC attaching documents (.6); Lengthy email to OC re: additional documents required (.5); Email from OC re: documents (.1); Lengthy email to OC re: documents (.4) | 1.60 | $525.00 | $840.00 | | $0.00 | $840.00 |
| 5/1/2015 | JAJ | Email from OC attaching additional documents (.7); additional emails to and from O/C re: pay stubs needed (.3) | 1.00 | $525.00 | $525.00 | | $0.00 | $525.00 |
| 5/5/2015 | JAJ | Determine which timesheets are still missing (1.2); Email to OC re: same (.2) | 1.40 | $525.00 | $735.00 | | $0.00 | $735.00 |
| 5/11/2015 | JAJ | Followup email to OC re: missing timesheets (.1); Email from OC re: same (.1); Email from OC attaching additional timesheets located thus far and review timesheets (.5); Email to OC re: paystubs (.1); Email to OC re: same (.1) | 0.90 | $525.00 | $472.50 | | $0.00 | $472.50 |
| 5/15/2015 | JAJ | Email from OC attaching paystubs (.6) | 0.60 | $525.00 | $315.00 | | $0.00 | $315.00 |
| 6/2/2015 | JAJ | RARO Status Report Order (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 6/8/2015 | JAJ | Email from Anita Wilson re: status of case (.1); Email to Anita Wilson re: same (.1) | 0.20 | $525.00 | $105.00 | (0.20) | ($105.00) | $0.00 |
| 6/11/2015 | JAJ | Work on damage calculations | 3.80 | $525.00 | $1,995.00 | | $0.00 | $1,995.00 |
| 6/12/2015 | JAJ | Work on damage calculations (2.3); Email to OC with settlement offer (.8) | 3.10 | $525.00 | $1,627.50 | | $0.00 | $1,627.50 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 6/15/2015 | JAJ | RARO Counter-Offer from OC (.1); Email to OC (.1); Email from OC (.1); Lengthy email to client re: Family Sleep's settlement offer (.7); Prepare stipulation of judgment and send to OC (.3); Email from Client re: punitive damages (.1); Email to client re: same (.2); Email from client re: offer (.1); Email to client re: same (.3); Email from client re: same (.1) | 2.10 | $525.00 | $1,102.50 | | $0.00 | $1,102.50 |
| 6/16/2015 | JAJ | Email to client re: settlement offer (.1); Draft joint status report and send to oc (.5); Email from client re: settlement offer (.1); Email to client re: same (.1); Email from client re: same (.1) | 0.90 | $525.00 | $472.50 | | $0.00 | $472.50 |
| 6/17/2015 | JAJ | Email to client re: settlement offer (.2) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 6/18/2015 | JAJ | TC with Coretta re: settlement offer (.4); Email to Coretta re: same (.1) | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 6/25/2015 | JAJ | Email from Anita re: settlement offer (.1); Email to Anita re: same (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 7/3/2015 | JAJ | Lengthy email to all opt-ins re: settlement offer (.9); Email from Corretta re: same (.1); Email from Anita re: same (.1); Email from Brenda re: same (.1); Email to Coretta re: same (.1); Email from Coretta re: same (.1); Email from Delicia re: same (.1) | 1.50 | $525.00 | $787.50 | | $0.00 | $787.50 |
| 7/6/2015 | JAJ | Lengthy email to Coretta explaining her damage calculations in detail (.7); Email to Delicia re: her 2 yr damage calculations (.3); Email from Coretta re: SOL issues (.1); Email to Coretta re: same (.1); TC with Simon (.4) | 1.60 | $525.00 | $840.00 | | $0.00 | $840.00 |
| 7/10/2015 | JAJ | Lengthy email to Delicia re: information needed for possible retaliation claim (.8); Multiple emails from Delicia re: same (.3) | 1.10 | $525.00 | $577.50 | | $0.00 | $577.50 |
| 7/15/2015 | JAJ | Email from Anita (.1) | 0.10 | $525.00 | $52.50 | (0.10) | ($52.50) | $0.00 |
| 7/16/2015 | JAJ | Email to Anita (.1) | 0.10 | $525.00 | $52.50 | (0.10) | ($52.50) | $0.00 |
| 7/17/2015 | JAJ | RARO Status Report Order (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 7/20/2015 | JAJ | Email from OC (.1); Email to OC (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 7/23/2015 | JAJ | Email to all opt-ins re: settlement offer (.1); TC with Monica (.3); Email from Anita (.1); Email from Delicia (.1) | 0.60 | $525.00 | $315.00 | | $0.00 | $315.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 7/24/2015 | JAJ | Email from Anita (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 7/27/2015 | JAJ | Email from Monica (.1); Email to Coretta (.1); Email to Delicia re: additional info needed re: possible retaliation claim (.3); Email from Coretta re: settlement offer (.1); Lengthy email to Coretta re: same (.4); RARO email from Delicia with replies to questions (.4) | 1.40 | $525.00 | $735.00 | | $0.00 | $735.00 |
| 7/28/2015 | JAJ | TC with Walkie re: settlement offer (.4) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 7/29/2015 | JAJ | Email to opt-ins re: rejection of offer (.2); Email to OC rejecting offer (.1); Email from OC re: same (.1); Email from Anita (.1) | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 7/30/2015 | JAJ | Email to Richard (.1); Draft Joint Status Report and send to OC (.3); | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 7/31/2015 | JAJ | Email from OC re JSR (.1); Email to OC re: same (.2) | 0.30 | $525.00 | $157.50 | | $0.00 | $157.50 |
| 8/3/2015 | JAJ | Email from Richard (.1); Email from Coretta (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 8/6/2015 | JAJ | Email to Coretta (.1) | | $525.00 | $0.00 | | $0.00 | $0.00 |
| 8/7/2015 | JAJ | Email from Coretta (.1); Email to OC with list of opt-ins willing to settle (.3) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 8/12/2015 | JAJ | Email to OC asking for status of decision on settling with less than whole group (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 8/14/2015 | JAJ | Email from OC refusing to settle with less than everyone (.1); Email to OC re: same (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 8/15/2015 | JAJ | Email from OC (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 9/15/2015 | JAJ | RARO JSR Order | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 9/18/2015 | JAJ | Draft JSR and send to OC (.2); Email to entire group informing them settlement is dead (.1); Email from OC re: JSR (.1) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 9/30/2015 | JAJ | RARO Order for Scheduling Order Proposal (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 10/13/2015 | JAJ | Email to OC re: scheduling order meeting (.1); Email from OC re: same (.1); Multiple emails to and from OC re: scheduling meeting (.5) | 0.70 | $525.00 | $367.50 | | $0.00 | $367.50 |
| 10/14/2015 | JAJ | Emails to and from OC re: scheduling (.3) | 0.30 | $525.00 | $157.50 | | $0.00 | $157.50 |
| 10/15/2015 | JAJ | RARO proposed schduling order from OC (.4); Edit same (.3); RARO additional edits from OC (.3); Several exhanges of drafts with OC (.6) | 1.60 | $525.00 | $840.00 | | $0.00 | $840.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 10/16/2015 | JAJ | Travel to Dallas (2.0); Meet with OC (2.0); Travel to Houston (2.0); RARO draft of scheduling order from OC (.2) | 6.20 | $525.00 | $3,255.00 | (2.00) | ($1,050.00) | $2,205.00 |
| 10/29/2015 | JAJ | Email to OC re: Scheduling Order (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 11/10/2015 | JAJ | RARO Scheduling Order | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 12/9/2015 | JAJ | Review file to prepare Intitial Disclosures (1.1); Prepare Initial Disclosures (1.3); RARO D's Initial Disclosures (.3); Email from OC re: discovery (.2) | 2.90 | $525.00 | $1,522.50 | (0.50) | ($262.50) | $1,260.00 |
| 1/4/2016 | JAJ | RARO lengthy email from OC re: discovery (.4) | 0.40 | $525.00 | $210.00 | (0.10) | ($52.50) | $157.50 |
| 1/18/2016 | JAJ | Review file and emails to collect documents and to determine what was produced | 3.60 | $525.00 | $1,890.00 | (0.40) | ($210.00) | $1,680.00 |
| 1/25/2016 | JAJ | RARO Notice of Appearance - Lynn Schleinat (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 1/26/2016 | JAJ | RARO Motion to Compel Discovery (.1); RARO Brief in Support of Motion to Compel Discovery (.7); RARO Appendix (.8) | 1.60 | $525.00 | $840.00 | | $0.00 | $840.00 |
| 1/28/2016 | JAJ | RARO Order of Referral (.1); RARO Order for face-to face conference (.2); Email to OC re: mtg (.1); Email from OC re: same (.1); Email to OC re: same (.1); Email to OC re: same (.2); Email from OC re: same (.3) | 1.20 | $525.00 | $630.00 | | $0.00 | $630.00 |
| 1/29/2016 | JAJ | RARO draft of Joint Submission from OC (.5) | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 2/1/2016 | JAJ | Email to OC attaching all documents produced in July 2014 (1.5) | 1.50 | $525.00 | $787.50 | (0.30) | ($157.50) | $630.00 |
| 2/2/2016 | JAJ | Edit Joint Submission and pull together exhibits adding and email to OC | 1.20 | $525.00 | $630.00 | | $0.00 | $630.00 |
| 2/3/2016 | JAJ | Travel to Dallas (2.0); Meeting with OC (2.7); Travel to Houston (2.0);Email to OC re: damage spreadsheet (.2); Email from OC attaching revised version of Joint Submission (.4); Email to OC with responses to 2nd RFP (.3); | 7.60 | $525.00 | $3,990.00 | (2.00) | ($1,050.00) | $2,940.00 |
| 2/4/2016 | JAJ | RARO post-meeting draft of Joint Submission (.4); Edit same and email to OC (.6); | 1.00 | $525.00 | $525.00 | | $0.00 | $525.00 |
| 2/5/2016 | JAJ | Email from OC (.1); Email to OC (.3) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 2/8/2016 | JAJ | RARO proposed Joint Submission and Agreed Order from OC (.6); Email to OC (.1); Email from OC (.1); Edit agreed order and email to oc (.3); RARO Final versions of Joint Submission and Agreed Order from OC (.4); Email to OC re: additional change to Agreed Order (.1); RARO filed Joint Submission, Agreed Order and Appendix (.3) | 1.90 | $525.00 | $997.50 | | $0.00 | $997.50 |
| 2/11/2016 | JAJ | RARO Order setting hearing for 2/19/16 (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 2/18/2016 | JAJ | Prepare for MTC hearing (1.8) | 1.80 | $525.00 | $945.00 | | $0.00 | $945.00 |
| 2/19/2016 | JAJ | Travel to Dallas (2.0); Attend MTC hearing (1.25); Travel to Houston (2.0); RARO Minute Entry for hearing (.1); RARO Order on MTC (.3) | 5.65 | $525.00 | $2,966.25 | (2.00) | ($1,050.00) | $1,916.25 |
| 3/7/2016 | JAJ | Email to all clients re: cell phone records (.2); Email from Anita (.1); Email to Anita (.1); Email from Anita (.1); Email to Delicia (.1); Email from Delicia (.1); Email from Delicia (.1); Email to Delicia (.1) | 0.90 | $525.00 | $472.50 | | $0.00 | $472.50 |
| 3/8/2016 | JAJ | Email from Delicia re: phone records (.1); | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 3/9/2016 | JAJ | Email to Anita and Richard re: cell records (.1); Email from Correta re: same (.1); Email from Anita re: same (.1) | 0.30 | $525.00 | $157.50 | | $0.00 | $157.50 |
| 3/10/2016 | JAJ | Email from Richard re: phone records (.1); Email to Richard re: same (.1); Email to Coretta re: same (.1); Email from Coretta re: same (.1); Email from Coretta re: same (.1); Prepare supplemental responses and amended initial disclosures (3.0) | 3.50 | $525.00 | $1,837.50 | (1.00) | ($525.00) | $1,312.50 |
| 3/15/2016 | JAJ | Email from Simon (.1); Email to Richard (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 4/4/2016 | JAJ | Prepare subpeonas for Metro PCS (1.0) | 1.00 | $525.00 | $525.00 | | $0.00 | $525.00 |
| 4/5/2016 | JAJ | Email to OC re: subpeona for Metro PCS (.1); Prepare subpoena for Locus Telecommunications (.6) | 0.70 | $525.00 | $367.50 | | $0.00 | $367.50 |
| 4/11/2016 | JAJ | Prepare subpeonas for T-Mobile (6); Email to OC re: subpoenas for Wilson and Salinas records (.1) | 0.70 | $525.00 | $367.50 | | $0.00 | $367.50 |
| 5/9/2016 | JAJ | Email to OC re: conference on FAC (.1); Email from OC re: same (.1); Prepare FAC (1.2) | 1.40 | $525.00 | $735.00 | | $0.00 | $735.00 |
| 5/12/2016 | JAJ | RARO Order granting leave to file FAC (.1); RARO Filed FAC (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 5/20/2016 | JAJ | RARO MTD (.3); RARO brief in support of MTD (.9) | 1.20 | $525.00 | $630.00 | | $0.00 | $630.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 5/23/2016 | JAJ | RARO Answer to FAC (.7) | 0.70 | $525.00 | $367.50 | | $0.00 | $367.50 |
| 6/6/2016 | JAJ | Draft SAC (1.9); Prepare Response to MTD (.8) | 2.70 | $525.00 | $1,417.50 | (0.80) | ($420.00) | $997.50 |
| 6/14/2016 | JAJ | Email from OC re: reply and mtn to strike (.3); Email to OC re: same (.1); RARO D's Reply re: MTD and brief (.1) | 0.50 | $525.00 | $262.50 | (0.10) | ($52.50) | $210.00 |
| 7/1/2016 | JAJ | Email to OC re: date for Stengle and Vaden depos (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 7/5/2016 | JAJ | Followup email to OC re: depo date (.1); Research, Draft and finalize Response to D's Motion to Strike (2.7) | 2.80 | $525.00 | $1,470.00 | (0.80) | ($420.00) | $1,050.00 |
| 7/6/2016 | JAJ | Lengthy email from OC re: depo dates (.3); Email to OC re: same (.1) | 0.40 | $525.00 | $210.00 | (0.10) | ($52.50) | $157.50 |
| 7/15/2016 | JAJ | RARO Reply re: Mtn to Strike (.4) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 7/21/2016 | JAJ | Prepare draft of JSR re: settlement and email to OC (.8); RARO D's edits to same (.2) | 1.00 | $525.00 | $525.00 | | $0.00 | $525.00 |
| 7/22/2016 | JAJ | RARO Order transferring case to Judge Starrett (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 8/4/2016 | JAJ | RARO Order denying Mtn to Strike and MTD (.5) | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 8/7/2016 | JAJ | Research and Work on MSJ and declarations (4.6) | 4.60 | $525.00 | $2,415.00 | (0.60) | ($315.00) | $2,100.00 |
| 8/8/2016 | JAJ | Email to Anita re: declaration (.1); Email from Anita re: same (.1); Email to Walkie re: declaration (.1); Email from Walkie re: same (.1); Finalize and file MSJ, Brief and Appendix (5.4) | 5.80 | $525.00 | $3,045.00 | (0.80) | ($420.00) | $2,625.00 |
| 8/28/2016 | JAJ | Multiple emails to and from clients re: Sleep Clinic equipment and software (.6); Research re: sleep clinic equipment (2.1); Work on draft of response to MSJ (2.1) | 4.80 | $525.00 | $2,520.00 | | $0.00 | $2,520.00 |
| 8/29/2016 | JAJ | Get declarations signed, finalize response to MSJ and file (3.1); Prepare and serve Second Amended Initial Disclosures (.7) | 3.80 | $525.00 | $1,995.00 | (0.50) | ($262.50) | $1,732.50 |
| 9/1/2016 | JAJ | RARO Answer to SAC (.5) | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 9/21/2016 | JAJ | RARO Order Granting P's MPSJ and Denying D's MSJ (.5) | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 10/5/2016 | JAJ | Email to OC re: settlement (.3) | 0.30 | $525.00 | $157.50 | (0.10) | ($52.50) | $105.00 |
| 10/7/2016 | JAJ | Email from OC (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 10/12/2016 | JAJ | Research re: retaliation damages (1.9) | 1.90 | $525.00 | $997.50 | (0.20) | ($105.00) | $892.50 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 10/17/2016 | JAJ | Tc with Delicia re: retaliation damages (.3); Memo to Delicia re: emotional distress damages in Fifth Circuit (.8); Email from Delicia re: hard damages (.1); | 1.20 | $525.00 | $630.00 | (0.20) | ($105.00) | $525.00 |
| 10/18/2016 | JAJ | Email to Delicia re: preparing payroll period by payroll period list (.1); | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 10/19/2016 | JAJ | Email from Court re: status conference(.1); RARO email from OC to court (.1); Email to court (.1); Email from Court (.1); RARO Notice of Pretrial Conference (.2); RARO Notice to disregard Notice of Pretrial Conference (.1) | 0.70 | $525.00 | $367.50 | | $0.00 | $367.50 |
| 10/21/2016 | JAJ | Email to Legal Asst re: booking me on flight for PreTrial Conference (.1) | 0.10 | $525.00 | $52.50 | (0.10) | ($52.50) | $0.00 |
| 10/30/2016 | | Prepare for Pre-Trial Conference | 1.00 | $525.00 | $525.00 | | | $0.00 |
| 10/31/2016 | JAJ | Travel from Houston to Dallas Courthouse (2.0); Prepare for and attend Pretrial Conference (1.0); RARO email from OC to mediator (.1); RARO email from RJB to mediator (.1); Travel from Dallas Courthouse to Houston (2.0) | 5.20 | $525.00 | $2,730.00 | (2.00) | ($1,050.00) | $1,680.00 |
| 11/1/2016 | JAJ | RARO email from OC to mediator (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 11/2/2016 | JAJ | Email from OC re: mediator's availability (.1); TC with Will Hartsfield (.4) | 0.50 | $525.00 | $262.50 | (0.10) | ($52.50) | $210.00 |
| 11/3/2016 | JAJ | Email to OC re: Hartsfield's availability (.1); Email from OC re: selecting new mediator (.1); Email to OC suggesting Chris Nolland (.1); Email from OC agreeing to use Chris Nolland (.1) | 0.40 | $525.00 | $210.00 | | $0.00 | $210.00 |
| 11/4/2016 | JAJ | TC with Nolland's office (.3); Email from Nolland's office (.2) | 0.50 | $525.00 | $262.50 | (0.10) | ($52.50) | $210.00 |
| 11/7/2016 | JAJ | TC with OC (.1); Email to Nolland's office (.5); Email to Judge's chambers (.1); Email from OC to Nolland's office (.1); Email from Judge's chambers (.1); RARO Notice of Change of Mediator (.1) | 1.00 | $525.00 | $525.00 | (0.10) | ($52.50) | $472.50 |
| 11/10/2016 | JAJ | Email from Nolland's office (.3) | 0.30 | $525.00 | $157.50 | (0.10) | ($52.50) | $105.00 |
| 12/13/2016 | JAJ | Email to Nolland's office (.1); Email from Nolland's office (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 12/27/2016 | JAJ | Email from Nolland's office (.2); | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 12/29/2016 | JAJ | Travel to Dallas (4.0); Email from Nolland's office (.1); Email to Nolland's office (.4); Legal research re: new 5th Circuit case allowing mental anguish in FLSA retaliation cases (.5); review time records through mid-October (.5); Prepare spreadsheets of McDaniel's retaliation damages (2.1); Retrieve and print all settlement related emails for Nolland (.6); Email to Nolland's office (.3); Email to OC (.1) | 8.60 | $525.00 | $4,515.00 | (2.50) | ($1,312.50) | $3,202.50 |
| 12/30/2016 | JAJ | Attend Mediation (11.0) | 11.00 | $525.00 | $5,775.00 | | $0.00 | $5,775.00 |
| 12/31/2016 | JAJ | Travel to Houston | 4.00 | $525.00 | $2,100.00 | (2.00) | ($1,050.00) | $1,050.00 |
| 1/3/2017 | JAJ | TC with Matt Parmet (.1); RARO Email from Matt Parmet to court informing court of settlement (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 1/4/2017 | JAJ | Email to Nolland's office (.1); Email from Nolland's office (.1) | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 1/5/2017 | JAJ | Draft settlement agreement (1.9); Email to draft to OC (.1) | 2.00 | $525.00 | $1,050.00 | | $0.00 | $1,050.00 |
| 1/9/2017 | JAJ | Email from OC with question regarding settlement agreement (.2); RARO Email from RJB to OC re: same (.1); Email to OC re: same (.2) | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 1/11/2017 | JAJ | Email to OC re: settlement (.1); Email from OC re: same (.1); | 0.20 | $525.00 | $105.00 | | $0.00 | $105.00 |
| 1/15/2017 | JAJ | Email from OC re: settlement (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 1/16/2017 | JAJ | Email to OC re: settlement (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 1/17/2017 | JAJ | Finalize settlement agreement (.5); | 0.50 | $525.00 | $262.50 | | $0.00 | $262.50 |
| 1/18/2017 | JAJ | Email from OC re: two changes in settlement she wants made (.1); Make changes and sent settlement agreement back to OC (.2); Extract signature pages for each client and email to them for signature and notoarization (.3); TC to Simon Ghazy (.2) | 0.80 | $525.00 | $420.00 | | $0.00 | $420.00 |
| 1/23/2017 | JAJ | TC with Eiman Ghazy (.1); Email to OC attaching final agreement with Ex. A for Family Sleep's signature (.2); Email to Eiman Ghazy with corrected signature page (.2); Email from Judge's chambers regarding status of settlement documents (.1); Email to Court's chambers re: same (.1); RARO Email from OC to Court's chambers re: same (.1) | 0.80 | $525.00 | $420.00 | | $0.00 | $420.00 |

| DATE | ATTY | DESCRIPTION | TIME | RATE | FEE | Billing Judgment Deductions | Reduction in Fee | FINAL FEE |
|---|---|---|---|---|---|---|---|---|
| 2/2/2017 | JAJ | RARO last of signed originals (.1); Prepare Joint Motion to File Under Seal, Proposed Order, and Motion for Approval and Proposed Order (2.6); Email all to OC (.1); | 2.80 | $525.00 | $1,470.00 | | $0.00 | $1,470.00 |
| 2/6/2017 | JAJ | Email to OC re: filing documents (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 2/7/2017 | JAJ | Email from OC re: motions and orders (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 2/8/2017 | JAJ | Legal research regarding certain elements of fees and costs in this case (1.5) | 1.50 | $525.00 | $787.50 | | $0.00 | $787.50 |
| 2/10/2017 | JAJ | Finalize and file Joint Motion for Approval of Settlement Agreement (.3); Finalize and file Joint Motion to File Settlement Agreement Under Seal (.2); Prepare and email Proposed Orders to Judge (.3); TC with Lynn Schleinat (.1); Email to Mary Ludwick (.1) | 1.00 | $525.00 | $525.00 | | $0.00 | $525.00 |
| 2/13/2017 | JAJ | Legal research re: rates awarded in the N.D. Tex. (.8); RARO Order Approving Settlement (.1); RARO Order Granting Motion to File Settlement Agreement Under Seal (.1); Email from OC (.1); Email to OC (.3) | 1.30 | $525.00 | $682.50 | | $0.00 | $682.50 |
| 2/15/2017 | JAJ | Email from OC re: offer to settle fee issues (.1); Email from OC re: W-4's (.1) | 0.10 | $525.00 | $52.50 | | $0.00 | $52.50 |
| 2/16/2017 | JAJ | Email to OC re: W-4's (.1); Send W-4's to clients via DocuSign to fill out, sign and date (.7); Email to OC re: settlement of fees issues (.1); Work on draft of Fee Petition (2.9) | 3.80 | $525.00 | $1,995.00 | | $0.00 | $1,995.00 |
| 2/17/2017 | JAJ | Email from OC re: settlement of fees issues (.1); Work on getting W-4's (.8) | 0.90 | $525.00 | $472.50 | | $0.00 | $472.50 |
| 2/20/2017 | JAJ | Finalize fee petition and exhibits (2.1); Draft JAJ Declaration and prepare exhibits (1.2) | 3.30 | $525.00 | $1,732.50 | | $0.00 | $1,732.50 |
| | | | 366.95 | | $192,648.75 | (60.10) | ($31,552.50) | $161,096.25 |
| | | | -60.10 | | | | | |
| | | | 306.85 | | | | | |