| 2/13/2017 | Bruckner Burch PLLC | |
|---|---|---|
| 5:00 PM | Slip Listing | Page 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: FLSA-Family Sleep Diagnostics |
| Slip.Transaction Ty | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 100155<br>10/4/2013<br>WIP<br>Filing Fee-New case | EXP | PARALEGAL-GS<br>$Filing Fee<br>FLSA-Family Sleep Diagnosti | 1 | 400.00 | 400.00 |
| 100213<br>10/18/2013<br>WIP<br>Civil Process - US Legal Support Inv.# 91386801. | EXP | EXPENSE<br>$Civil Process<br>FLSA-Family Sleep Diagnosti | 1 | 130.00 | 130.00 |
| 100279<br>10/31/2013<br>WIP<br>Westlaw - October 2013 | EXP | EXPENSE<br>$Westlaw<br>FLSA-Family Sleep Diagnosti | 1 | 42.62 | 42.62 |
| 103148<br>11/22/2013<br>WIP<br>Mileage reimbursement to James to travel to Southlake TX for meeting with Opposing Counsel | EXP | PARALEGAL-GS<br>$Mileage<br>FLSA-Family Sleep Diagnosti | 1 | 305.66 | 305.66 |
| 100767<br>11/30/2013<br>WIP<br>Westlaw - November 2013 | EXP | EXPENSE<br>$Westlaw<br>FLSA-Family Sleep Diagnosti | 1 | 100.55 | 100.55 |
| 100749<br>12/31/2013<br>WIP<br>Westlaw - December 2013 | EXP | EXPENSE<br>$Westlaw<br>FLSA-Family Sleep Diagnosti | 1 | 42.94 | 42.94 |
| 100706<br>3/14/2014<br>WIP<br>Monthly Postage - February 15, 2013 - March 14, 2013 | EXP | EXPENSE<br>$Postage<br>FLSA-Family Sleep Diagnosti | 1 | 0.48 | 0.48 |

**EXHIBIT 7**

| 2/13/2017 | Bruckner Burch PLLC | | |
|---|---|---|---|
| 5:00 PM | Slip Listing | | Page 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 100872         EXP<br>4/15/2014<br>WIP<br>Monthly Postage - March 15 - April 14 2014 | EXPENSE<br>$Postage<br>FLSA-Family Sleep Diagnosti | 1 | 52.75 | 52.75 |
| 101061         EXP<br>6/30/2014<br>WIP<br>Reimbursement for hotel&meal for trip to Southlake for Deposition | PARALEGAL-GS<br>$Reimbursement<br>FLSA-Family Sleep Diagnosti | 1 | 552.79 | 552.79 |
| 101452         EXP<br>6/30/2014<br>WIP<br>Westlaw - June 2014 | EXPENSE<br>$Westlaw<br>FLSA-Family Sleep Diagnosti | 1 | 16.67 | 16.67 |
| 101265         EXP<br>8/8/2014<br>WIP<br>Reimbursement to James for Trip to Southlake, TX on 8/8/2010 for Stengle Deposition<br>mileage-$296.80<br>Hotel-$78.58<br>Dinner-$38.49 | PARALEGAL-GS<br>$Reimbursement<br>FLSA-Family Sleep Diagnosti | 1 | 413.87 | 413.87 |
| 101269         EXP<br>8/8/2014<br>WIP<br>Video Expense- Deposition of Eric Stengle | PARALEGAL-GS<br>$Video Expense<br>FLSA-Family Sleep Diagnosti | 1 | 420.00 | 420.00 |
| 101279         EXP<br>8/14/2014<br>WIP<br>Monthly Postage - July 15 - August 14 2014 | EXPENSE<br>$Postage<br>FLSA-Family Sleep Diagnosti | 1 | 18.43 | 18.43 |
| 101280         EXP<br>8/14/2014<br>WIP<br>Monthly Postage - July 15 - August 14 2014 | EXPENSE<br>$Postage<br>FLSA-Family Sleep Diagnosti | 1 | 18.43 | 18.43 |
| 101508         EXP<br>8/28/2014<br>WIP<br>Deposition Transcript of Eric Stengle | PARALEGAL-GS<br>$Deposition<br>FLSA-Family Sleep Diagnosti | 1 | 417.45 | 417.45 |

| 2/13/2017 | Bruckner Burch PLLC | | |
|---|---|---|---|
| 5:00 PM | Slip Listing | | Page 3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 101851          EXP<br>10/14/2014<br>WIP<br>Hotel for deposition | PARALEGAL-GS<br>$Hotel<br>FLSA-Family Sleep Diagnosti | 1 | 542.35 | 542.35 |
| 101557          EXP<br>10/14/2014<br>WIP<br>Monthly Postage - September 15 2014 - October 14, 2014 | EXPENSE<br>$Postage<br>FLSA-Family Sleep Diagnosti | 1 | 3.46 | 3.46 |
| 101549          EXP<br>10/14/2014<br>WIP<br>Reimbursement Mileage/Time to James Jones for trip to Southlake TX on 10/15/2014 | PARALEGAL-GS<br>$Reimbursement<br>FLSA-Family Sleep Diagnosti | 1 | 305.76 | 305.76 |
| 101616          EXP<br>11/30/2014<br>WIP<br>Reimbursement to James for Trip to Southlake TX for Court Ordered Meeting<br>Hotel-$270.07<br>Travel to Southlake-$152.32<br>Meals-$53.26<br>Travel to Houston-$152.32 | PARALEGAL-GS<br>$Reimbursement<br>FLSA-Family Sleep Diagnosti | 1 | 627.97 | 627.97 |
| 102028          EXP<br>12/22/2014<br>WIP<br>Air Fare-to Dallas for James Jones | PARALEGAL-GS<br>$Airfare<br>FLSA-Family Sleep Diagnosti | 1 | 464.70 | 464.70 |
| 101819          EXP<br>12/23/2014<br>WIP<br>Reimbursement to James for Hearing on 12.23.14<br>Cab from Dallas airport to Courthouse-$24.00<br>Cab from Dallas Courthouse to airport-$25.00<br>Lunch-$17.11<br>Parking at Hobby Airport-$25.00 | PARALEGAL-GS<br>$Reimbursement<br>FLSA-Family Sleep Diagnosti | 1 | 91.11 | 91.11 |
| 102578          EXP<br>10/16/2015<br>WIP<br>Reimbursement for meeting with Defendants counsel on 10.16.15<br>James Jones<br>Parking at airport-$28.00<br>Lunch-$16.96 | EXPENSE<br>$Reimbursement<br>FLSA-Family Sleep Diagnosti | 1 | 84.96 | 84.96 |

| 2/13/2017 | Bruckner Burch PLLC | |
|---|---|---|
| 5:00 PM | Slip Listing | Page 4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| taxi to meeting-$22.00<br>Taxi to airport-$18.00 | | | | |
| 102776           EXP<br>2/1/2016<br>WIP<br>Federal Express<br>to Mary K. Ludwick<br>Fed Ex Invoice No. 5-309-02552 | PARALEGAL-GS<br>$FedEx<br>FLSA-Family Sleep Diagnosti | 1 | 32.94 | 32.94 |
| 103150           EXP<br>2/4/2016<br>WIP<br>Mileage Reimbursement to James Jones for meeting with Defense counsel on 2.3.16<br>Mileage from Houston TX to Dallas TX | PARALEGAL-GS<br>$Mileage<br>FLSA-Family Sleep Diagnosti | 1 | 286.20 | 286.20 |
| 103149           EXP<br>2/19/2016<br>WIP<br>Air Fare to Dallas on 2/19/2016 for James Jones | PARALEGAL-GS<br>$Airfare<br>FLSA-Family Sleep Diagnosti | 1 | 409.96 | 409.96 |
| 102870           EXP<br>4/13/2016<br>WIP<br>Subpoena - for Metro PCS | EXPENSE<br>$Subpoena<br>FLSA-Family Sleep Diagnosti | 1 | 120.00 | 120.00 |
| 102880           EXP<br>4/20/2016<br>WIP<br>Subpoena - Detel Wireless | EXPENSE<br>$Subpoena<br>FLSA-Family Sleep Diagnosti | 1 | 120.00 | 120.00 |
| 102878           EXP<br>4/26/2016<br>WIP<br>Subpoena - Executed as to TMobile | EXPENSE<br>$Subpoena<br>FLSA-Family Sleep Diagnosti | 1 | 190.00 | 190.00 |
| 102879           EXP<br>4/26/2016<br>WIP<br>Subpoena - Locus Telecommunications executed | EXPENSE<br>$Subpoena<br>FLSA-Family Sleep Diagnosti | 1 | 190.00 | 190.00 |
| 102946           EXP<br>5/11/2016<br>WIP<br>Transcript of Metro PCS | PARALEGAL-GS<br>$Transcript<br>FLSA-Family Sleep Diagnosti | 1 | 400.00 | 400.00 |

| | | | | |
|---|---|---|---|---|
| 2/13/2017 | | Bruckner Burch PLLC | | |
| 5:00 PM | | Slip Listing | | Page    5 |

| Slip ID        | Attorney     | Units     | Rate       | Slip Value |
| Dates and Time | Activity     | DNB Time  | Rate Info  |            |
| Posting Status | Client       | Est. Time | Bill Status|            |
| Description    | Reference    | Variance  |            |            |
|----------------|--------------|-----------|------------|------------|
| 102934      EXP | PARALEGAL-GS | 1 | 225.00 | 225.00 |
| 6/1/2016 | $Subpoena | | | |
| WIP | FLSA-Family Sleep Diagnosti | | | |
| Subpoena - service of subpoena to Tmobile | | | | |
| 102935      EXP | PARALEGAL-GS | 1 | 275.00 | 275.00 |
| 6/1/2016 | $Subpoena | | | |
| WIP | FLSA-Family Sleep Diagnosti | | | |
| Subpoena - to Locus Telecomunication | | | | |

Grand Total

| | | | |
|---|---|---|---|
| | Billable | 0.00 | 7302.05 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 7302.05 |

## Project: McDaniel (10074)

| | | | |
|---|---|---|---|
| Id: | 10074 | Project Status: | Open |
| Name: | McDaniel | Project Assigned To: | Griselda J Sandles |
| Client: | Family Sleep | Type: | FLSA (BB only) |
| Client Contact: | | Billing Method: | Hourly |
| | | Hourly Rate: | Default Rates Apply |
| | | Payment Due Upon: | Bill at Project closing |
| | | Created By: | Griselda J Sandles |

Description:

### Expenses

Total Expenses: $3,383.52

| Type | Desc | Reimburse | Receipt File | User | Date | Cost | Sell Price |
|---|---|---|---|---|---|---|---|
| E108 | Fed Ex to Christopher Nolland Invoice No. 5-665-27037 | No | | Griselda Sandles | 12/29/2016 | $19.77 | $19.77 |
| E121 | Mediation Fee with Chris Nolland | No | | Griselda Sandles | 12/29/2016 | $2,500.00 | $2,500.00 |
| E110 | Travel for James Jones for Status Conference Dallas Breakfast-$9.41 Uber from Dallas to Courthouse-$10.53 Uber from Courthouse to Dallas Airport-$22.36 Lunch-$10.12 Parking@Hobby-$8.50 | No | | Griselda Sandles | 10/31/2016 | $60.92 | $60.92 |
| E110 | Airfare for James Jones to Dallas TX | No | | Griselda Sandles | 10/31/2016 | $493.96 | $493.96 |
| E110 | Hotel for mediation for James Jones | No | | Griselda Sandles | 01/29/2016 | $308.87 | $308.87 |