# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **DELICIA MCDANIEL**, Individually and on Behalf of Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**FAMILY SLEEP DIAGNOSTICS, INC., ERIC STENGLE and KAY VADEN**,<br><br>*Defendants*. | CASE NO. 3:13-cv-4031<br><br>COLLECTIVE ACTION |

## ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Before the Court is the Plaintiff's Emergency Motion for Leave to Exceed Page Limit. The Court finds that the Motion is well taken and should be GRANTED.

Accordingly, the Court hereby ORDERS that Plaintiff may file a Reply in Support of her Motion for and Award of Attorneys' Fees, Costs, and Expenses, not to exceed twenty (20) pages.

SO ORDERED AND ADJUDGED this __7th__ day of __March__, 2017.

                                                        s/Keith Starrett
                                                        Keith Starrett
                                                        UNITED STATES DISTRICT JUDGE